IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DAVID SNOWDEN,                )
individually and on behalf    )
of all others similarly       )
similarly situated,           )
                              )
        Plaintiff,            )
                              )
        v.                    )      CIVIL ACTION NO.
                              )        2:04cv1186-T
FRED'S STORES OF              )           (WO)
TENNESSEE, INC.,              )
                              )
        Defendant.            )

ORDER

Based on the agreement of the parties at the pretrial

conference held on December 2, 2005 and in light of the

oral representations of the parties that the claims of

plaintiffs David Snowden, Sara Hill, and Randal

Shuttlesworth have been resolved, it is ORDERED that

defendant Fred's Stores of Tennessee, Inc.'s motions for

summary judgment against plaintiffs Snowden, Hill, and

Shuttlesworth (Doc. Nos. 36, 37 & 38) are denied as moot.

Based on the agreement of the parties at the pretrial conference that genuine issues of material fact remain regarding the claims of plaintiff Sharon Glanton, it is further ORDERED that Fred's Stores of Tennessee, Inc.'s motion for summary judgment against plaintiff Glanton (Doc. No. 39) and plaintiff Glanton's motion for summary judgment (Doc. No. 40) are denied.

Because only the claims of plaintiff Glanton now remain, it is further ORDERED that defendant Fred's Stores of Tennessee, Inc.'s motion to bifurcate (Doc. No. 54) is denied as moot.

DONE, this the 5th day of December, 2005.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE