IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAVID SNOWDEN, individually )
and on behalf of all others )
similarly situated, et al., )
                            )
    Plaintiff,              )
                            )
    v.                      )   CIVIL ACTION NO.
                            )   2:04cv1186-MHT
FRED'S STORES OF            )        (WO)
TENNESSEE, INC.,            )
                            )
    Defendant.              )
```

ORDER

In light of the joint motion for approval of settlements (doc. no. 76), in which plaintiff's counsel concedes that his claims are due to be dismissed with prejudice, and in light of the oral representations of plaintiff's counsel at the pretrial conference that Shuttlesworth's claims are due to be dismissed, the court concludes that the claims of Shuttlesworth are due to be dismissed.  Indeed, defendant Fred's Stores of Tennessee, Inc. has presented unrebutted evidence that Shuttlesworth

was a manager during his period of employment with Fred's Stores, which would exempt him from the wage-and-hour protections of the FLSA.

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that the claims of plaintiff Randall Shuttlesworth are dismissed with prejudice.

DONE, this the 28th day of March, 2006.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE