IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAVID SNOWDEN, individually )
and on behalf of all others )
similarly situated, et al.,)
                            )
    Plaintiffs,             )
                            )
    v.                      )   CIVIL ACTION NO.
                            )    2:04cv1186-MHT
FRED'S STORES OF            )        (WO)
TENNESSEE, INC.,            )
                            )
    Defendant.              )
```

STIPULATED JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' joint motion for approval of settlement agreements, filed March 24, 2006 (Doc. No. 76), is granted, and the settlements for plaintiffs David Snowden, Sarah Hill, and Sharon Glanton are approved.

(2) Pursuant to the settlement agreements, this lawsuit is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of March, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**